

EOD
09/26/2018

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:
Ilir Murati
1920 Grassmere Ln.
Apt. 1418
McKinney, TX 75071
SSN: XXX-XX-9218
Debtor

Case No. 18-41553 btr
Chapter: 13

## ORDER DISMISSING PLEADING WITHOUT PREJUDICE

On this date, the Court considered the <u>Agreed Motion for Relief From Automatic Stay</u> (the "Pleading") filed by <u>360 Smart Car, Inc.</u> (the "Movant") on September 05, 2018. The Court finds that the Pleading fails to comply with the Local Rules of Bankruptcy Procedure and should be dismissed without prejudice for the following reason(s):

☑ The debtor was not served at the correct address.

IT IS THEREFORE ORDERED that the Pleading filed by Movant on September 05, 2018 is hereby DISMISSED without prejudice.

Signed on 9/26/2018

_Brenda T. Rhoades_ MD
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE