THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ILIR MURATI | § | CASE NO.  18-41553-R |
| XXX-XX-9218 | § | |
| 1920 GRASSMERE LANE | § | CHAPTER 13 |
| APT. 1418 | § | |
| MCKINNEY, TX  75071 | § | |
| | § | |
| DEBTOR | § | |

MOTION TO DISMISS AND SETTING HEARING

**THE TRUSTEE REQUESTS THE COURT TO SET THIS MOTION FOR HEARING ON <u>October 24, 2018</u>, AT <u>10:00 am</u> AS FOLLOWS:**

**Plano Bankruptcy Courtroom
660 North Central Expressway
Third Floor
Plano, Texas 75074**

COMES NOW Carey D. Ebert, Chapter 13 Trustee, and files this Motion to Dismiss and Setting Hearing in the above numbered and styled proceeding, and for cause would show the Honorable Court as follows:

1. The Debtor has unreasonably delayed the case because the Debtor has failed to make the first Chapter 13 plan payment as required by 11 USC §1326(a)(1).  As of September 25, 2018, the Debtor is in arrears in the amount of $1,000.00.

2. Failure to perform this duty constitutes an unreasonable delay by the Debtor that is prejudicial to creditors under 11 USC §1307(c)(1) and thus, cause exists for dismissal.

WHEREFORE, PREMISES CONSIDERED, Carey D. Ebert, Chapter 13 Trustee, prays that this case be dismissed for cause.

Respectfully submitted,

<u>/s/ Carey D. Ebert</u>
Carey D. Ebert, Chapter 13 Trustee, TBN 05332500
Office of the Standing Chapter 13 Trustee
500 North Central Expressway, Suite 350
Plano, Texas  75074
(972) 943-2580 / Fax (972) 943-8050

CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the foregoing Motion to Dismiss and Setting Hearing has been served upon the following parties in interest by mailing a copy of same to them via first class mail and uploaded to the Court for service by the Bankruptcy Noticing Center to the parties on the Court's mailing matrix on the date set forth below.

ILIR MURATI
1920 GRASSMERE LANE
APT. 1418
MCKINNEY, TX  75071

TORONJO & PROSSER LAW
8150 NORTH CENTRAL EXPRESSWAY
SUITE 975
DALLAS, TX  75206

Dated: September 26, 2018

/s/ Carey D. Ebert
Office of the Standing Chapter 13 Trustee

PLA_Motion_Dismiss (Rev 10/9/14)